JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| OC RAMPS, INC., a California Corporation;<br><br>Plaintiff,<br><br>v.<br><br>KEEN RAMPS, INC. a California Corporation; CORY KEEN, an Individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 8:18-CV-01245-JLS-DFM<br>Judge: Hon. Josephine L. Staton<br><br>**ORDER ON STIPULATION FOR DISMISSAL** |
| KEEN RAMPS, INC. a California Corporation; CORY KEEN, an Individual;<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>OC RAMPS, INC., a California Corporation;<br><br>Counterclaim Defendant. | |

1

**ORDER**

Upon consideration of the Parties' Stipulation for Dismissal, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ORDERED by the Court that, subject to the terms and conditions of the Parties' Settlement Agreement which was entered into among the respective Parties on or about May 31, 2019:

1. The Stipulation is approved in its entirety;

2. Defendants KEEN RAMPS, INC. and CORY KEEN are each hereby dismissed from the Operative Complaint filed on or about January 23, 2019 in the above referenced matter, with prejudice.

3. Plaintiff OC RAMPS, INC. is hereby dismissed from the Counter Claims filed on or about October 17, 2018 in the above referenced matter, with prejudice.

4. This Court shall retain jurisdiction over all of the respective parties and of this matter to enforce all of the terms and conditions of the Parties' respective Settlement Agreement which shall be deemed incorporated herein, for a period of time which extends to one hundred twenty (120) months following the date of this Order.

5. The Parties shall each bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: June 25, 2019

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE