1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| OC RAMPS, INC., a California Corporation; | Case No.: 8:18-CV-01245-JLS-DFM |
| Plaintiff, | Judge: Hon. Josephine L. Staton |
| v. | **ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| KEEN RAMPS, INC. a California Corporation; CORY KEEN, an Individual; and DOES 1 through 25, inclusive, | |
| Defendants. | |
| KEEN RAMPS, INC. a California Corporation; CORY KEEN, an Individual; | |
| Counterclaim Plaintiffs, | |
| v. | |
| OC RAMPS, INC., a California Corporation; | |
| Counterclaim Defendant. | |

1

ORDER

**ORDER**

Upon consideration of the Parties' Stipulation for Dismissal, it is hereby ORDERED by the Court that, subject to the terms and conditions of the Parties' First Amended and Restated Confidential Settlement Agreement (the "Settlement Agreement") which was entered into among the respective Parties on or about June 8, 2020:

1. The Parties' Stipulation is approved in its entirety;

2. Defendants KEEN RAMPS, INC. and CORY KEEN are each hereby dismissed from the above-referenced Action, with prejudice, including from each of the Causes of Action set forth by Plaintiff against either of them within the Plaintiff's Operative Complaint which was filed on or about January 23, 2019.

3. Plaintiff OC RAMPS, INC. is hereby dismissed from the above-referenced Action, with prejudice, including from each of the Causes of Action set forth by either of the Defendants against Plaintiff within the Defendants' Counter Claims which was filed on or about October 17, 2018.

4. This Court shall retain jurisdiction over all of the respective Parties and of this matter to enforce all of the terms and conditions of the Parties' Settlement Agreement, a copy of which has been presented to the Court, for a period of time which extends to twenty-four (24) calendar months following the date of this Order.

5. Each of the Parties shall bear their own respective costs and fees, including without limitation, all court costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: June 29, 2020

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE